days of the filing of the complaint."

F.E. SWEENEY and PFEIFER, JJ., dissent.

The conflict cases are *In re Kutzli* (1991), 71 Ohio App.3d 843, 595 N.E.2d 1026; *In re Bailey* (Apr. 17, 1998), Lucas App. No. L–96–363, unreported, 1998 WL 196287; and *In re N.B.* (Apr. 15, 1996), Butler App. Nos. CA95–02–031, CA95–03–056 and CA95–06–017, unreported, 1996 WL 174546.

*Sua sponte,* cause consolidated with 00–1785, *In re Olah,* Lorain App. No. 99CA007318.

**00–1984.   Aetna Cas. & Sur. Co. v. Goodyear Tire & Rubber Co.**
Summit App. No. 19121. On motion for admission *pro hac vice* by Steven R. Smith for Mitchell F. Dolin for Babcock & Wilcox Company et al. Motion granted.

**00–2024.   State v. Goins.**
Butler App. No. CA200005078. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**00–2038.   Bertolini v. Whitehall City School Dist. Bd. of Edn.**
Franklin App. No. 99AP–1374. On motion for stay of court of appeals' judgment. Motion denied.

**00–2055.   Carnahan v. Ohio Dept. of Human Serv.**
Lake App. No. 99–L–094. On motion for stay and motion to strike. Motions denied.

MOYER, C.J., and PFEIFER, J., dissent.

**00–2073.   State v. Zimmerman.**
Lucas App. No. L–98–1246. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**00–2075.   State v. Tanner.**
Richland App. No. 98CA28. On motion for leave to file delayed appeal. Motion denied.

**00–2081.   State v. Washabaugh.**
Mahoning App. No. 97CA131. On motion for leave to file delayed appeal. Motion denied.

**00–2082.   State v. Hardman.**
Delaware App. No. 00CAA07018. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**00–2093.   State v. Edwards.**
Franklin App. No. 99AP–958. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**00–2097.   State v. Wynn.**
Hamilton App. No. C–000575. On motion for leave to file delayed appeal. Motion granted.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**00–2107.   State v. Warren.**
Hamilton App. No. C–000285. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**00–2117.   Bardes v. Todd.**
Hamilton App. No. C–000055. On motion for stay. Motion denied.

## DISCRETIONARY APPEALS ALLOWED

**00–1607.   In re West.**
Cuyahoga App. No. 78228. Discretionary appeal allowed and cause held for the decision in 00–906, *In re Anderson,* Clark App. Nos. 99CA90 and 99CA91; briefing schedule stayed.

F.E. SWEENEY and PFEIFER, JJ., dissent.

**00–1609.   State v. Napier.**
Stark App. No. 1999CA00331.

PFEIFER, J., dissents.